**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHARLES A. HOWELL,

    Plaintiff,

v.                                                Case No. 3:03cv98/LAC/MD

NES EQUIPMENT SERVICES CORP., et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

Plaintiff has informed the Court that this case has been settled. Therefore, this case is DISMISSED from the active docket of this Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 26th day of May, 2005.

                                                        s/ *L.A. Collier*
                                                        Lacey A. Collier
                                                Senior United States District Judge